IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MATT BRODY, on behalf of himself<br>and all others similarly situated, | §<br>§<br>§ | |
| Plaintiffs, | § | Civil Action No. 3-04-CV-1931-K |
| | § | ECF |
| v. | § | |
| | § | |
| ZIX CORPORATION, RONALD A.,<br>WOESSNER, JOHN A. RYAN,<br>DANIEL S. NUTKIS, STEVE M. YORK,<br>and DENNIS F. HEATHCOTE, | §<br>§<br>§<br>§<br>§ | |
| Defendants. | § | |

**APPENDIX TO DEFENDANTS' MOTION TO DISMISS AND BRIEF IN SUPPORT**

        Respectfully submitted,

        FULBRIGHT & JAWORSKI L.L.P.

        By: s/ Gerard G. Pecht
           Gerard G. Pecht
           State Bar No. 15701800
        FULBRIGHT & JAWORSKI L.L.P.
        2200 Ross Avenue, Suite 2800
        Dallas, Texas 75201
        Telephone: (214) 855-8000
        Telecopier: (214) 855-8200
        Anne M. Rodgers
        State Bar No. 17133025
        1301 McKinney, Suite 5100
        Houston, Texas 77010-3095
        Telephone: (713) 651-5151
        Telecopier: (713) 651-5246

        ATTORNEYS FOR DEFENDANTS

<u>Of Counsel:</u>
Karl G. Dial
State Bar No. 05800400
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8050

Peter Stokes
State Bar No. 24028017
Fulbright & Jaworski L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701
Telephone: (512) 474-5201

## INDEX OF EXHIBITS

| Exhibit | Description | Page Nos. |
|---|---|---|
| A | October 30, 2003 Zix Press Release | 1-8 |
| B | October 30, 2003 Conference Call Transcript | 9-22 |
| C | October 31, 2003 Zix Form 10-Q | 23-61 |
| D | November 17, 2003 Zix Press Release | 62-65 |
| E | January 12, 2004 Zix Press Release | 66-68 |
| F | February 3, 2004 Zix Press Release | 69-76 |
| G | February 3, 2004 Conference Call Transcript | 77-94 |
| H | April 4, 2004 Zix Press Release | 95-97 |
| I | May 4, 2004 Zix Press Release | 98-105 |
| J | May 4, 2004 Conference Call Transcript | 106-125 |
| K | May 5, 2004 Zix Press Release | 126-127 |
| L | Yahoo! Stock Chart | 128-133 |
| M | Merriam-Webster Online Dictionary definition of "deploy" | 134-135 |

- 4 -

**CERTIFICATE OF SERVICE**

   This document was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on the following counsel on February 17, 2006 via electronic service.

| | |
|---|---|
| Roger F. Claxton<br>State Bar No. 04329000<br>Robert J. Hill<br>State Bar No. 09652100<br>3131 McKinney Avenue, Suite 700<br>Dallas, Texas 75204<br>Telephone: (214) 969-9029<br>Facsimile: (214) 953-0583 | Eric Lechtzin<br>Heather Tashman<br>SCHIFFRIN & BARROWAY, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone:  (610) 667-7706<br>Facsimile:   (610) 667-7056 |
| Marvin L. Frank.<br>MURRAY, FRANK & SAILER LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>Telephone:  (212) 682-1818<br>Facsimile:   (212) 682-1892 | |

                                                                 s/ Anne M. Rodgers
                                                             Counsel for Defendants